June 11, 2004

Mr. David Vandiver Wilson
Hays McConn Rice & Pickering
1200 Smith Street, Suite 400
Houston, TX 77002

Mr. Stuart J. Starry
Starry & Associates
1225 North Loop West, Ste. 1101
Houston, TX 77008
Mr. Richard Eugene Norman
Crowley Douglas & Norman, LLP
1301 McKinney, Suite 3500
Houston, TX 77010

RE: Case Number: 02-0401
 Court of Appeals Number: 06-01-00104-CV
 Trial Court Number: 99-42848A

Style: SHELL OIL COMPANY
 v.
 MOHAMMED KHAN AND JAMILA WILLIAMS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Linda Rogers |